IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN McCUTCHAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CORIANT OPERATIONS, INC.,<br>INFINERA CORPORATION, CORIANT<br>401(k) PLAN, and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00561 (CPK) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, LEAVE TO AMEND FIRST AMENDED COMPLAINT, AND RELATED RELIEF**

Plaintiff Calvin McCutchan ("Plaintiff" or "Class Representative") individually and on behalf of the Class and the Coriant 401(k) Plan (the "Plan"), respectfully move this Court for an Order: (1) preliminarily approving the Settlement Agreement ("Settlement" or "Settlement Agreement")[1] between the Parties; (2) approving the form and method of Class Notice; (3) appointing a Settlement Administrator; (4) setting a date and time for a hearing (the "Final Approval Hearing") for consideration of final approval of the Settlement, Plan of Allocation, Plaintiff's Class Representative Case Contribution Award, and Attorney Fees and Expenses. Lastly, to effect the terms of the Settlement, Plaintiff hereby seeks leave to file a Second Amended Complaint ("SAC") amending his Class claims as to the putative Class definition.[2]

---

[1] A copy of the Settlement Agreement is attached as Exhibit A to the Joint Declaration of Berkson and Rosca. Capitalized terms not otherwise defined herein have the same meaning as in the Settlement Agreement.

[2] Defendant stipulated to the filing of Plaintiff's SAC for settlement purposes only.

This motion will be based on the accompanying Memorandum in Support of Motion, Settlement Agreement, Declaration of Hugh D. Berkson and Alan L. Rosca and exhibits thereto, and on all of the files and records in this case.

DATED this 3rd day of November 2022.

**MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A**.

*/s/ Hugh D. Berkson*
Hugh D. Berkson (admitted pro hac vice)  111 Superior Ave., Suite 2700
Cleveland, OH  44114
Telephone: (216) 696-1422
Email:  hdb@mccarthylebit.com

Alan L. Rosca (admitted pro hac vice)
ROSCA SCARLATO, LLC
23250 Chagrin Blvd., Suite 100
Beachwood, OH 44122
Telephone: (216) 946-7070
Email: arosca@rscounsel.law

*Counsel for Plaintiff Calvin McCutchan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November 2022, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties registered for electronic service by operation of the Court's electronic filing system. The parties may access the filing through the Court's system.

Respectfully submitted,

 */s/ Hugh D. Berkson*
Hugh D. Berkson (OH 0063997)