# EXHIBIT B

## ROSCA SCARLATO LLC
### Cleveland, OH/Conshohocken, PA

**ROSCA SCARLATO LLC** ("Rosca Scarlato" or the "Firm") prosecutes securities fraud, ERISA, and consumer fraud class actions, as well as corporate governance derivative cases and investor arbitration claims nationwide on behalf of investors. Through their prior firms, including most recently Goldman Scarlato & Penny, P.C., Rosca Scarlato founding partners Alan Rosca and Paul Scarlato have represented the interests of victims of securities fraud, violations of ERISA, corporate misconduct, anticompetitive conduct, deceptive consumer practices, and unscrupulous financial advisors. Messrs. Rosca and Scarlato formed Rosca Scarlato on January 1, 2022, to continue the representation of their new and existing clients in those practice areas. The Firm's lawyers have helped recover hundreds of millions of dollars on behalf of their clients and helped to institute meaningful changes in business practices that seek to ensure robust competition in commercial markets, honest and fair disclosures in financial markets, and truthful advertising in retail markets.

**ALAN L. ROSCA.** Mr. Rosca focuses his legal practice on complex financial and commercial matters, particularly in the areas of securities litigation, investment fraud, ERISA, and international investment disputes. He often represents investors in disputes with financial industry members arising out of investment fraud or misconduct. He prosecutes claims on behalf of investors through class actions in state or federal courts, and FINRA arbitrations. He also practices in the areas of wage-and-hour and other labor-related disputes, whistleblower matters, and antitrust cases, with a focus on market manipulation.

Alan was a lecturer and adjunct professor of Securities Regulation at Cleveland-Marshall College of Law, Cleveland State University, starting in 2012. Alan has served as co-lead counsel,

or is currently involved in a leading role, in class actions on behalf of investors who lost money as a result of alleged investment fraud or Ponzi schemes, as well as in other class action matters arising out of wage-and-hour or business disputes, including *Florio v. Goldman Sachs Group Inc. et al.* (S.D.N.Y.) (class action under the PSLRA); *Paulson v. Two Rivers Water and Farming Co., et. al.* (D. Co.) (class action under the Colorado Securities Act); *Yao Yi Liu v. Wilmington Trust Company* (W.D.N.Y.) (representing victims of a Ponzi scheme); *Gregory v. Zions Bancorporation* (D. Utah) (representing victims of a Ponzi scheme); *Chang v. Wells Fargo Bank, N.A.* (N.D. Ca.) (representing victims of a Ponzi scheme); *Elliott v. Bank of Oklahoma* (D.N.J.) (representing victims of a Ponzi scheme); *Miller v. Anderson (First Energy Derivative Litigation)* (N.D. Oh.); *O'Hearn v. Vida Longevity Fund, LP, et al.* (D. De.) (class action under the Texas Securities Act); *Hanson v. Berthel Fisher & Company Financial Services, Inc., et al.* (N.D. Iowa) (representing investors in an allegedly fraudulent real estate investment program); *Carol Prock v. Thompson National Properties, LLC, et al.* (C.D. Ca.) (representing investors in an allegedly fraudulent real estate investment program); *Spaude v. Mysyk* (N.D. Oh.) (representing investors in an allegedly fraudulent oil-and-gas investment scheme); *Jennifer Roth v. Life Time Fitness, Inc.* (D. Minn.) (representing fitness instructors seeking unpaid wages for work that was required by defendants); *Aleem v. Pearce & Durick* (D.N.D.) (representing investors in a fraudulent investment scheme); *Hay v. United Development Funding IV et al.* (N.D. Texas) (representing investors in an allegedly fraudulent real estate investment scheme); *Fastrich v. Continental General Insurance Company* (D. Neb.) (representing insurance agents seeking payment of certain fees and commissions allegedly owed to such agents).

Alan received his Juris Doctor degree *summa cum laude* from Cleveland-Marshall College of Law in May 2008. While in law school he served as a Managing Editor of the Cleveland State

Law Review, received the Dean's (full) scholarship for the entire Juris Doctor program, was on the Dean's List, and won the "Best Oralist" award in the Jessup Moot Court competition, Pacific Region. He passed the Ohio Bar exam in top 1%, with the highest grade in the state to the multi-state (federal law) section.

He is admitted to practice law in Ohio, District of Columbia, United States Supreme Court, and several other federal courts nationwide. He is a member of the Public Investors Arbitration Bar Association, the Cleveland Metropolitan Bar Association, where he served as the Chair of the Unlicensed Practice of Law Committee, and the Cleveland Diplomatic Corps. He also holds a Master of Business Administration degree from Baldwin-Wallace College, Ohio. He is a speaker on Ponzi schemes, investment fraud, cryptocurrencies, and attorney professionalism.

PAUL J. SCARLATO. Paul Scarlato has concentrated his practice on the litigation of complex class actions since 1989. He has litigated numerous cases under the federal and state securities laws, ERISA, consumer, antitrust, and common law involving companies in a broad range of industries, and has litigated many cases involving financial and accounting fraud.

In securities fraud cases, Mr. Scarlato was one of three lead attorneys for the class in *Kaufman v. Motorola, Inc.,* (N.D. Il.), a securities fraud class action that settled weeks before trial. Mr. Scarlato served as lead counsel in *Seidman v. American Mobile Systems, Inc.,* (E.D. Pa.), a securities class action that resulted in a settlement for the plaintiff class, again on the eve of trial, and served as co-lead counsel in *In re: Corel Corporation Securities Litigation* (E.D. Pa.) (securities fraud class action). Mr. Scarlato has played a key role in numerous other securities fraud class actions over the course of his career, including as a member of the plaintiffs' teams that prosecuted *In re Broadcom Securities Litigation*, which resulted in a settlement of $150 million for the class, and *AOL Time Warner Securities Litigation*, which resulted in a settlement of over $2.5 billion for investors, *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million

3

settlement in case arising out of options backdating), *In re Mercury Interactive Securities Litigation* ($117.5 million settlement, options backdating), *In re SafeNet, Inc. Securities Litigation* ($25 million settlement, options backdating), and *In re Semtech Securities Litigation* ($20 million settlement, options backdating). Mr. Scarlato was one of the lead lawyers in *Leibovic v. United Shore Financial Services* (E.D. Mich.) (data breach class action), and *Afzal v. BMW of North America, LLC* (D.N.J.) (product defect class action), served on the plaintiffs' Executive Committee in *Vikram Bhatia, D.D.S. v. 3M Company*, Case No. 16-cv-01304 (D. Minn.) (product defect class action), and is counsel in *In re Platinum and Palladium Antitrust Litigation,* Case No. 14-cv-09391 (S.D.N.Y.) and *In re Treasury Securities Auction Antitrust Litigation*, Case No. 15-md-02673 (S.D.N.Y.).

Mr. Scarlato, along with Mr. Rosca, currently serves as one of the lead counsel in *Florio v. Goldman Sachs Group Inc. et al.* (S.D.N.Y.) (class action under the PSLRA); *Paulson v. Two Rivers Water and Farming Co., et. al.* (D. Co.) (class action under the Colorado Securities Act); *Yao Yi Liu v. Wilmington Trust Company* (W.D.N.Y.) (representing victims of a Ponzi scheme); *Gregory v. Zions Bancorporation* (D. Utah) (representing victims of a Ponzi scheme); *Chang v. Wells Fargo bank, N.A.* (N.D. Ca.) (representing victims of a Ponzi scheme); *Elliott v. Bank of Oklahoma* (D.N.J.) (representing victims of a Ponzi scheme); *Miller v. Anderson (First Energy Derivative Litigation),* (N.D. Oh.); and *O'Hearn v. Vida Longevity Fund, LP, et al.* (D. De.) (class action under the Texas Securities Act).

Mr. Scarlato graduated from Moravian College in 1983 with a degree in accounting, and received his Juris Doctor degree from the Widener University School of Law in 1986. Mr. Scarlato served as law clerk to the Honorable Nelson Diaz, of the Court of Common Pleas of Philadelphia County, and thereafter to the Honorable James T. McDermott of the Pennsylvania Supreme Court.

After his clerkships, and prior to becoming a litigator, Mr. Scarlato was a member of the tax department of "big four" accounting firm where he provided a broad range of accounting services to large business clients in a variety of industries.

Mr. Scarlato is a member of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and those of various federal district and circuit courts.

**McCarthy, Lebit, Crystal & Liffman Co., LPA**
**Cleveland, OH**

McCarthy, Lebit, Crystal & Liffman Co., LPA ("McCarthy Lebit" or the "Firm") is a full-service law firm located in Cleveland, Ohio. Founded in 1959, McCarthy Lebit continues to evolve from its origins as a boutique tax and business firm and now offers legal services in virtually every aspect of the law. The Firm provides both transactional and litigation services to our business clientele as well as personal services to families and individuals; and all business, personal matter, and trial attorneys operate from the downtown Cleveland headquarters. Relevant to this matter, McCarthy Lebit has featured an investor protection practice since 2016.

Hugh D. Berkson is a Principal attorney at McCarthy Lebit and focuses his practice on securities arbitration and litigation. After gaining extensive trial experience in both business and personal injury litigation, he began representing injured investors who lost money in the stock market thanks to fraudulent conduct of financial advisors. The vast majority of Hugh's practice since 2000 has been representing investors in courts and arbitrations throughout the United States. He has extensive experience representing investors who have been victimized by negligence, fraud, and breaches of fiduciary duty. The majority of his clients have had issues regarding their tax-deferred and qualified accounts, and he has litigated ERISA cases involving 401K plans.

Hugh obtained a business degree in Finance from the University of Texas at Austin and is a graduate of Case Western Reserve University School of Law, where he was a member of the Order of the Barristers and received both the American Jurisprudence Award (National Mock Trial) and the Jonathan M. Ault Mock Trial Prize. He later served as an Adjunct Professor at Case Western Reserve University School of Law, where he taught trial practice.

Hugh is currently serving as the President of the Public Investors Arbitration Bar Association (PIABA), an international legal association composed of practitioners who represent

investors in disputes with the securities industry. He has been on PIABA's Board of Directors since 2011 and served as PIABA's Executive Vice President in 2014-2015 and President in 2015-2016. Hugh regularly participates as both a moderator and panelist at PIABA's national meetings and seminars and has been a panelist at the annual nationally simulcasted PLI Securities Arbitration Program in New York City, as well as the Ohio Securities Conference. He has served as a resource regarding important issues concerning American investors, and has been quoted by the Wall Street Journal, Investment News, On Wall Street, Financial Planning, Cleveland Plain Dealer, Pittsburgh Post-Gazette and other media outlets. Hugh maintains a Martindale-Hubbell® Peer Review rating of AV® Preeminent™.