# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN McCUTCHAN,<br><br>Plaintiff,<br><br>vs.<br><br>CORIANT OPERATIONS, INC., INFINERA CORPORATION, CORIANT 401(k) PLAN, and DOES 1-20,<br><br>Defendants. | Case No. 1:20-cv-00561 (CPK) |

### A. Proposed Schedule

| Proposed Event | Proposed Deadline |
|---|---|
| Deadline for Defendant to Provide CAFA Notice | 10 days after entry of the Preliminary Approval Order |
| Defendant will cause Recordkeeper to provide participant data to the Settlement Administrator | 20 days after entry of the Preliminary Approval Order |
| Deadline for Sending Class Notice and Posting of Settlement Website | 30 days after entry of the Preliminary Approval Order |
| File Plaintiff's Motion for Final Approval, Attorneys' Fees and Expenses, and Case Contribution Award | 45 days prior to the Final Approval Hearing |
| Notice of Administrator's Compliance with the Class Action Fairness Act, and Independent Fiduciary's Approval and Release of Settlement (Defendant) | 30 days prior to the Final Approval Hearing |
| Deadline for the Settlement Class to Object to the proposed Settlement | 14 days prior to the Final Approval Hearing |
| File Reply in Support of Motion for Final Approval, Attorneys' Fees and Expenses, and Incentive Awards for the Plaintiff, and for the Parties to Respond to Any Objections | 7 days prior to the Final Approval Hearing |
| Final Approval Hearing | 90 days or more after CAFA Notice served[1] |

---

[1] Pursuant to the U.S. Class Action Fairness Act of 2005, 28 U.S.C. § 1715(d), the date of the Fairness Hearing must be at least 90 days after notices are served on the appropriate state and federal officials.