**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| CALVIN McCUTCHAN,<br><br>            Plaintiff,<br><br>vs.<br><br>CORIANT OPERATIONS, INC.,<br>INFINERA CORPORATION, CORIANT<br>401(k) PLAN, and DOES 1-20,<br><br>            Defendants. | Case No. 1:20-cv-00561 (CPK) |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiff ("Plaintiff" or "Class Representative"), by and through his attorneys, respectfully moves the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on November 18, 2022 (ECF 67); and (2) granting final approval of the Plan of Allocation. Defendant Infinera Optical Networks, Inc. (formerly known as Coriant Operations, Inc.) does not oppose the relief sought herein.

For the reasons set forth in the accompanying Memorandum in Support of Plaintiff's Unopposed Motion for Final Approval of Settlement, and based on the accompanying Joint Declaration of Hugh Berkson and Alan Rosca in Support of (1) Plaintiff's Unopposed Motion for Final Approval of Settlement; (2) Plaintiff's Unopposed Motion for Class Certification and Appointment of Class Representative and Class Counsel; and (3) Plaintiff's Unopposed Motion for Award of Attorney's Fees and Expenses, Settlement Administration Costs, and Case Contribution Award, and on all the files and records in this action, Plaintiff respectfully requests

{01813718-1}

that the Court GRANT this motion and enter the attached Proposed Order, and also sent by e-mail

pursuant to this Court's procedures, concluding this case.


Dated this 9th day of January 2023.

Respectfully submitted,


**MCCARTHY, LEBIT, CRYSTAL
& LIFFMAN CO., L.P.A**.

*/s/ Hugh D. Berkson*
Hugh D. Berkson (*admitted pro hac vice*)
1111 Superior Ave, Suite 2700
Cleveland, OH 44114
Telephone: (216) 696-1422
Email: hdb@mccarthylebit.com


**ROSCA SCARLATO LLC**

*/s/ Alan L. Rosca*
Alan L. Rosca (admitted *pro hac vice*)
2000 Auburn Drive, Suite 200
Beachwood, OH 44122
Telephone: (216) 570-0097
Email: arosca@rscounsel.law

***Counsel for Plaintiff Calvin McCutchan
and for the Class***


**JOHN SHERIDAN BURKE LAW LLC**

*/s/ John S. Burke*
2000 S. Batavia Ave, Suite 420
Geneva, IL 60134
Telephone: (630) 248-4330
Email: jburke@higginsandburke.com

***Local Counsel for the Class***


{01813718-1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January 2023, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties registered for electronic service by operation of the Court's electronic filing system. The parties may access the filing through the Court's system.

Respectfully submitted,

*/s/ Hugh D. Berkson*
Hugh D. Berkson (OH 0063997)

{01813718-1}