IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN McCUTCHAN, <br><br> Plaintiff, <br><br> vs. <br><br> CORIANT OPERATIONS, INC., INFINERA CORPORATION, CORIANT 401(k) PLAN, and DOES 1-20, <br><br> Defendants. | Case No. 1:20-cv-00561 (CPK) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF
ATTORNEY'S FEES AND EXPENSES, SETTLEMENT ADMISTRATION COSTS,
AND CASE CONTRIBUTION AWARD**

Plaintiff Calvin McCutchan ("Plaintiff" or "Class Representative") by and through his attorneys, respectfully move the Court for an Order: (1) approving awards of Attorney's Fees and Expenses to his attorneys at Rosca Scarlato LLC and McCarthy, Lebit, Crystal & Liffman Co., L.P.A (together, "Class Counsel") and for settlement administration; and (2) granting a Case Contribution Award to himself, as class representative.[1][2] Defendant does not oppose the relief sought herein. For the reasons set forth in the accompanying Memorandum, and based on the accompanying Joint Declaration of Hugh Berkson and Alan Rosca in Support of (1) Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (2) Plaintiff's Unopposed Motion for Certification of Settlement Class; and (3) Plaintiff's Unopposed Motion for Award of

---

[1] Plaintiff files the instant Motion contemporaneously with their Unopposed Motion for Final Approval of Settlement and Unopposed Motion for Certification of the Settlement Class.
[2] A copy of the Settlement Agreement is attached as Exhibit A to the Joint Dec. Capitalized terms not otherwise defined herein have the same meaning as in the Settlement Agreement.

{01813731-1}

Attorneys' Fees and Expenses, and for Case Contribution Award; Declaration of Cornelia Vieira Regarding Notice and Settlement Administration; Declaration of Calvin McCutchan; and all of the files and records in this action, Plaintiff asks that the Court grant this motion. As more fully detailed in the accompanying memorandum in support of this Motion, Plaintiff respectfully moves this court for an Order finally approving an award of (1) Attorneys' Fees in the amount of one-third (33 1/3%) of the Settlement Amount (2) reimbursement of Expenses, and (3) a Case Contribution Award of $5,000.00 to the Class Representative.

DATED this 9th day of January 2023.

        Respectfully submitted,

        **MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A**.

        */s/ Hugh D. Berkson*
        Hugh D. Berkson (*admitted pro hac vice*)
        1111 Superior Ave, Suite 2700
        Cleveland, OH  44114
        Telephone: (216) 696-1422
        Email:  hdb@mccarthylebit.com

        **ROSCA SCARLATO LLC**

        */s/ Alan L. Rosca*
        Alan L. Rosca (admitted *pro hac vice*)
        2000 Auburn Drive. Suite 200
        Beachwood, OH 44122
        Telephone: (216) 946-7070
        Email: arosca@rscounsel.law

        ***Counsel for Plaintiff Calvin McCutchan and for the Class***

**JOHN SHERIDAN BURKE LAW LLC**

<u>/s/ John S. Burke</u>
2000 S. Batavia Ave, Suite 420
Geneva, IL 60134
Telephone: (630) 248-4330
Email: jburke@higginsandburke.com

***Local Counsel for the Class***

{01813731-1}

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of January 2023, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties registered for electronic service by operation of the Court's electronic filing system. The parties may access the filing through the Court's system.

      Respectfully submitted,

      */s/ Hugh D. Berkson*
      Hugh D. Berkson (OH 0063997)

{01813731-1}