**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Calvin McCutchan

                               Plaintiff,

v.                                                                      Case No.: 1:20−cv−00561
                                                                           Honorable Charles P. Kocoras

Coriant Operations, Inc., et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 12, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion for final certification of class for settlement purposes [69] is granted. Plaintiff's unopposed motion for final approval of settlement [70] is granted. Unopposed motion for award of attorney's fees and expenses, settlement administration costs, and case contribution award [71] is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.