IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN McCUTCHAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CORIANT OPERATIONS, INC., INFINERA CORPORATION, CORIANT 401(k) PLAN, and DOES 1-20,<br><br>        Defendants. | Case No. 1:20-cv-00561 (CPK) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES, SETTLEMENT <u>ADMINSTRATION COSTS, AND CASE CONTRIBUTION AWARD</u>**

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED AND DECRED as follows:**

1. The Court hereby awards Class Counsel $ 333,333.33, which represents one-third of the Settlement Amount of the class action Settlement;

2. The Court hereby awards Class Representative Calvin McCutchan a Case Contribution Award in the amount of $5,000;

3. The Court awards Plaintiff's Counsel reimbursement of expenses in the amount of $ 13,938.51; and,

4. The Court awards the ongoing costs associated with the Settlement Administration and Independent Fiduciary Fees as required to effectuate the Settlement.

SO ORDERED in the Northern District of Illinois.

{01813735-1}

DATED this 12th day of January, 2023.

*Charles P. Kocoras*
Judge Charles P. Kocoras
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF ILLINOIS

{01813735-1}